United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,

v.

KELLEE COOPER,

    Defendant.

_____/

No. C 94-00003 CRB

**ORDER EXONERATING BOND**

    Good cause appearing therefor, the Court ORDERS the bond in the above-captioned case exonerated.

    **IT IS SO ORDERED.**

Dated: April 5, 2011

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\1986-94\03\order re bond.wpd